# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Moshe Rothenberg, Esq.
880 E. Elmer Road
Vineland, NJ 08360
P: (856) 236-4374
F: (856) 405-6769
Attorney for Debtor

In Re:

Manuel Gonzalez-Novo, Jr. and Elizabeth L. Gonzalez-Novo

**Order Filed on March 27, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No: 12-36595

Chapter: 13

Hearing Date: 3/27/18 @ 10 am

Judge: JNP

## CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

☒ **MORTGAGE**     ☐ **LIEN**     ☐ **OTHER (specify)** _____

Recommended Local Form:    ☒ Followed    ☐ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: March 27, 2018**

_Honorable Jerrold N. Poslusny, Jr._
United States Bankruptcy Court

**NOTE TO RECORDING OFFICER**: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 575 Royal Drive, Vineland, NJ 08360

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: Quicken Loans, Inc.
   b. Current Assignee: Bank of America
   c. Current Servicer: Real Time Solutions, Inc.
   d. Date of Mortgage/Lien: February 20, 2007
   e. Date of Recordation: March 9, 2007
   f. Place of Recordation: Cumberland County, State of New Jersey
      i. Mortgage Book: 4020
      ii. Page: 4470
   g. Original Principal Balance of Mortgage/Lien: $ 50,000.00

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*Rev.8/1/15*