|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| Moshe Rothenberg, Esq.<br>880 E. Elmer Road<br>Vineland, NJ 08360<br>P: (856) 236-4374<br>F: (856) 405-6769<br>Attorney for Debtor | **Order Filed on March 27, 2018**<br>**by Clerk U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>Manuel Gonzalez-Novo, Jr. and Elizabeth L. Gonzalez-Novo | Case No: 12-36595<br>Chapter: 13<br>Hearing Date: 3/27/18 @ 10 am<br>Judge: JNP |

# CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

☒ **MORTGAGE**    ☐ **LIEN**    ☐ **OTHER** (specify) _____

| Recommended Local Form: ☒ Followed    ☐ Modified |
|---|

The relief set forth on the following page is hereby **ORDERED.**

**DATED: March 27, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**NOTE TO RECORDING OFFICER**: **THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.**

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 575 Royal Drive, Vineland, NJ 08360

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: Quicken Loans, Inc.
   b. Current Assignee: Bank of America
   c. Current Servicer: Real Time Solutions, Inc.
   d. Date of Mortgage/Lien: February 20, 2007
   e. Date of Recordation: March 9, 2007
   f. Place of Recordation: Cumberland County, State of New Jersey
      i. Mortgage Book: 4020
      ii. Page: 4470
   g. Original Principal Balance of Mortgage/Lien: $ 50,000.00

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*Rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Manuel Gonzalez-Novo, JR  
Elizabeth L Gonzalez-Novo  
    Debtors

Case No. 12-36595-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Mar 27, 2018  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2018.
db/jdb       +Manuel Gonzalez-Novo, JR,   Elizabeth L Gonzalez-Novo,   575 Royal Dr.,   Vineland, NJ 08360-2413

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2018 at the address(es) listed below:
         Denise E. Carlon   on behalf of Creditor   Bank of America, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Emmanuel J. Argentieri   on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-9TT bk@rgalegal.com  
         Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Jeanette F. Frankenberg   on behalf of Creditor   Bank of America, N.A. cmecf@sternlav.com  
         Joshua I. Goldman   on behalf of Creditor   Bank of America, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Moshe Rothenberg   on behalf of Debtor Manuel  Gonzalez-Novo, JR mosherothenbergbkesq@gmail.com, alyson@mosherothenberg.com  
         Moshe  Rothenberg   on behalf of Joint Debtor Elizabeth L Gonzalez-Novo mosherothenbergbkesq@gmail.com, alyson@mosherothenberg.com  
                                                                                       TOTAL: 8